ANDREW A. MOHER. SBN: 257605
**LAW OFFICES OF ANDREW A. MOHER**
10505 Sorrento Valley Rd, Suite 430
San Diego, CA 92121
Telephone: 619-269-6204
Facsimile: 619-923-3303
Attorney for Debtor iNDx Lifecare, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| In Re:<br><br>iNDx Lifecare, Inc. | Case No. 16-52307<br><br>CHAPTER 11<br><br>**DECLARATION OF PIYUSH GUPTA IN SUPPORT OF MOTION BY DEBTOR-IN-POSSESSION FOR DISMISSAL OF CHAPTER 11 CASE**<br><br>Date: December 16, 2016<br><br>Time: 10:00 a.m.<br><br>Place: United States Bankruptcy Court<br>450 Golden Gate Ave, 16th Floor<br>San Francisco, CA 94102<br><br>Judge: Hon. Dennis Montali |

I, Piyush Gupta, hereby declare:

1. I have personal knowledge of the facts contained in this Declaration, except as to any matters alleged upon information and belief and as to those matters I believe them to be true. If called as a witness, I could and would so testify thereto.

2. I am the Managing Consultant for iNDx Lifecare, Inc., the Debtor in this case. I have been appointed as the Responsible Individual in this case.

3. On November 4, 2016, I attended the foreclosure sale of iNDx Lifecare, Inc.'s intellectual property assets as described in detail in this case. (the "IP Rights") The IP Rights were foreclosed upon at the foreclosure sale and no longer belong to iNDx Lifecare, Inc.

4. iNDx Lifecare, Inc. does not have any remaining assets or ability to reorganize and wishes to dismiss its Chapter 11 case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of November, 2016, at Cupertino, California.

_____
Piyush Gupta