ANDREW A. MOHER. SBN: 257605
**LAW OFFICES OF ANDREW A. MOHER**
10505 Sorrento Valley Rd, Suite 430
San Diego, CA 92121
Telephone: 619-269-6204
Facsimile: 619-923-3303
Attorney for Debtor iNDx Lifecare, Inc.

<u>UNITED STATES BANKRUPTCY COURT</u>

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In Re:

iNDx Lifecare, Inc.

Case No. 16-52307

CHAPTER 11

**CERTIFICATE OF SERVICE**

I, Harmony Kenney, declare that I am, and was at the time of service of the papers herein referred to over the age of eighteen years and not a party to the action; and I am employed in the County of San Diego, California. My business address is 10505 Sorrento Valley Rd, Suite 430, San Diego, CA 92121. On November 25, 2016, I served the following document(s):

**AMENDED MOTION TO DISMISS CASE, AMENDED DECLARATION OF PIYUSH GUPTA, NOTICE OF HEARING**

On Hon. Dennis Montali, Mail Box 36099, San Francisco, CA 94102
And See Attached Mailing List

I declare under the penalty of perjury according to the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on November 25, 2016, in the County of Lane, State of Oregon.

/s/ Harmony Kenney
Harmony Kenney

MOTION TO DISMISS BANKRUPTCY CASE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0971-5<br>Case 16-52307<br>Northern District of California<br>San Jose<br>Wed Nov 16 17:24:06 PST 2016 | National Medical Services, Inc. dba NMS Labs<br>c/o Christopher D. Sullivan<br>Diamond McCarthy LLP<br>150 California Street<br>Suite 2200<br>San Francisco, CA 94111-4547 | PLC Diagnostics, Inc. and NMS Labs<br>c/o Maxim B. Litvak<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4554 |
| iNDx Lifecare, Inc.<br>20380 Town Center Lane, Suite 218<br>Cupertino, CA 95014-3267 | U.S. Bankruptcy Court<br>280 South First Street<br>Room 3035<br>San Jose, CA 95113-3099 | Accel Biotech Inc.<br>103 Cooper Ct<br>Los Gatos, CA 95032-7604 |
| Airgas USA LLC<br>18615 Parthenia St<br>Northridge, CA 91324-4028 | American Precision Dicing<br>642 Giguere Ct<br>San Jose, CA 95133-1737 | Brian Noland<br>32033 Calle Galarza<br>Temecula, CA 92592-3972 |
| CPA Global Limited<br>2318 Mill Road<br>12th Floor<br>Alexandria, VA 22314-6834 | Carlton Pace Wealth Management<br>20380 Town Center Lane, Suite 218<br>Cupertino, CA 95014-3267 | Dhillon Law Group<br>177 Post St<br>Ste 700<br>San Francisco, CA 94108-4725 |
| Diagnostics Laminations Engineering<br>2420 Grand Ave, G1<br>Vista, CA 92081-7827 | Diamond McCarthy LLP<br>150 California Street, Suite 2200<br>San Francisco, CA 94111-4547 | EMD Millipore Corp<br>10394 Pacific Center Ct.<br>San Diego, CA 92121-4340 |
| Elliot Sather Product Development<br>695 Minnesota Street<br>Suite A<br>San Francisco, CA 94107-3026 | Employment Development Department<br>PO Box 826880<br>Sacramento, CA 94280-0001 | Eric Rieders<br>900 Hill Road<br>Rushland, PA 18956 |
| Eric Rieders<br>c/o NMS Labs<br>3701 Welsh Road<br>Willow Grove, PA 19090-2910 | Eurosemillas, S.A.<br>Paseo de la Victoria, 31, 14004<br>Cordoba, Spain | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| FedEx<br>7900 Legacy Drive<br>Plano, TX 75024-4089 | Franchise Tax Board<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Health Net<br>3016 Wilshire Blvd<br>Los Angeles, CA 90010 |
| IP Save<br>Vystaviste 1<br>64700 Brno, Czech Republic | IP Save s.r.o.<br>Lidicka 700/19<br>60200 Brno, Czech Republic | IPFS Corp<br>PO Box 412086<br>Kansas City, MO 64141-2086 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | InventUs Law<br>2600 El Camino Real<br>Suite 403<br>Palo Alto, CA 94306-1719 | Kaiser Foundation Health Plan, Inc.<br>File #5915<br>Los Angeles, CA 90074-5915 |

| | | |
|---|---|---|
| LioniX BV<br>PO Box 456<br>NL-7500 AL ENSCHEDE<br>The Netherlands | Lucy Liu<br>455 Woodside Drive<br>Redwood City, CA 94062-2355 | M&L Precision Engbrecht Div<br>18665 Moadrone Pkwy<br>Morgan Hill, CA 95037-2868 |
| Microfluidic ChipShop<br>Stockholmer Str. 20<br>D - 07747 Jena<br>Germany | Mohan Uttarwar<br>21620 Rainbow Drive<br>Cupertino, CA 95014-4815 | NMS Labs<br>3701 Welsh Road<br>Willow Grove, PA 19090-2910 |
| National Instruments<br>PO Box 202262<br>Dallas, TX 75320-2262 | National Medical Services, Inc. dba NMS Labs<br>c/o Christopher D. Sullivan, Esq.<br>Diamond McCarthy LLP<br>150 California Street, Suite 2200<br>San Francisco, CA 94111-4547 | National Medical Services,Inc.<br>dba NMS Labs,<br>c/o Christopher D. Sullivan<br>Diamond McCarthy LLP<br>150 California Street, Suite 2200<br>San Francisco, CA 94111-4547 |
| Novati Technologies, Inc.<br>2706 Montopolis Drive<br>Austin, TX 78741-6408 | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Office of the United States Trustee<br>Attn: Lynette C. Kelly<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612-5231 |
| PLC Diagnostics, Inc and NMS Labs (together,<br>Maxim B. Litvak<br>150 California Street, 15th Floor<br>San Francisco, California 94111-4554 | PLC Diagnostics, Inc.<br>192 Odebolt Drive<br>Thousand Oaks, CA 91360-1736 | Pachulski, Stang, Ziehl, and Jones LLP<br>Attn: Maxim Litvak, Esq.<br>150 California St, 15th Floor<br>San Francisco, CA 94111-4554 |
| Parametric Manufacturing<br>3465 Edward Avenue<br>Santa Clara, CA 95054-2131 | Pegasus Sustainability Solutions, Inc.<br>dba Hazardous Waste Experts<br>2693 Research Park Drive, Suite 201<br>Madison, WI 53711-4947 | Pranav Chopra<br>BE-108, Janakpuri<br>New Delhi<br>Delhi - 110058, India |
| Pranav Chopra<br>BE-108, Janakpuri<br>New Delhi - 110058, India | Rajeev Lahri<br>293 Oak Grove Ave<br>Atherton, CA 94027-2246 | Ready Refresh c/o Nestle Waters North America, Inc.<br>#216<br>6661 Dixie Hwy, Suite 4<br>Louisville, KY 40258-3950 |
| Reuven Duer<br>192 Odebolt Drive<br>Thousand Oaks, CA 91360-1736 | Rueven Duer<br>192 Odebolt Drive<br>Thousand Oaks, CA 91360-1736 | SAS Institute, Inc.<br>100 SAS Campus Dr<br>Cary, NC 27513-8617 |
| SCC Tax Collector<br>70 West Hedding Street<br>East Wing, 6th Floor<br>San Jose, CA 95110-1705 | Santa Clara County Office of the Tax Collect<br>70 W. Hedding ST. East Wing 6Th FLR<br>San Jose CA 95110-1771 | Scienion Enabling Life Science<br>11 Deerpark Drive, Suite 100<br>Monmouth Junction, NJ 08852-1923 |
| Shay Glenn LLP<br>2755 Campus Drive<br>Suite 210<br>San Mateo, CA 94403-2545 | Sigma Aldrich<br>3050 Spruce Street<br>Saint Louis, MO 63103-2530 | Tax Team Advisors, Inc.<br>20380 Town Center Ln, Ste 218<br>Cupertino, CA 95014-3267 |

| | | |
|---|---|---|
| The Law Office of Patrick A. Nielson, PC<br>21 East Carrillo Street, Suite 200<br>Santa Barbara, CA 93101-7228 | Thor Labs, Inc.<br>56 Sparta Avenue<br>Newton, NJ 07860-2402 | Transworld Systems, Inc.<br>PO Box 15618<br>Wilmington, DE 19850-5618 |
| Unifirst Corporation<br>2016 Zanker Road<br>San Jose, CA 95131-2110 | WPAT<br>PO Box 148<br>810 00 Bratislava 1, Slovak Republic | Wells Fargo<br>PO Box 6426<br>Carol Stream, IL 60197-6426 |
| Wells Fargo Bank, N.A.<br>Business Direct Division<br>PO Box 29482 MAC S3101-08C<br>Phoenix, AZ 85038-9482 | microfluidic ChipShop GmbH<br>Stockholmer Str. 20<br>07747 Jena<br>Germany | Andrew A. Moher<br>Moher Law Group<br>10505 Sorrento Valley Rd. #430<br>San Diego, CA 92121-1623 |
| Piyush Gupta<br>7842 Belknap Drive<br>Cupertino, CA 95014-4906 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Elliot Sather Product Development<br>695 Minnesota Street<br>Suite A<br>San Francisco, CA 94107-3026 | (u)Alok Aggarwal | End of Label Matrix<br>Mailable recipients   69<br>Bypassed recipients    2<br>Total   71 |